# LAW OFFICES OF GAMBINO & DEMERS LLC

222 CHURCH STREET
POUGHKEEPSIE, NEW YORK 12601  (MAILING ADDRESS)

PHONE (845) 473-0427
FAX (845) 473-0428

THOMAS M. GAMBINO, ESQ.
KIM P. DEMERS, ESQ.

TGAMBINO.GAMBINODEMERS@GMAIL.COM
KDEMERS.GAMBINODEMERS@GMAIL.COM

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 7/12/2023]*

*[Handwritten: 7/12/2023 Conference adjourned to 9/14/2023 @ 10:30 a.m. /s/ Colleen M. McMahon]*

July 11, 2023

**via ecf**
Hon. Colleen McMahon
United States District Court
Southern District of New York
300 Pearl Street
New York, NY  10007

Re:   Perez and Benavides v. City of New York, et al - Docket #: 23-cv-00447(CM)(RL)

Dear Judge McMahon:

I am writing to request a thirty-day (30) adjournment of the conference with the Court scheduled to be held on July 13, 2023 pursuant to the above matter. I have conferred with defense counsel who consents to this request.

One remaining defendant has not yet been served.  I initially believed I misspelled Captain Emilio Melendez' name as my process server was informed by NYPD personnel when attempting service that they had no record of Captain Melendez. I have now learned that Captain Melendez is retired and the name spelling is correct.  I have asked defense counsel to inquire whether they will accept service on behalf of Captain Melendez.  Thank you for your consideration.

Very truly yours,

/s Thomas M. Gambino

Thomas M. Gambino, Esq. (TG6332)


c:    Eric Daniel Arbizo, Esq. – via ecf

1