# LAW OFFICES OF GAMBINO & DEMERS LLC

222 CHURCH STREET
POUGHKEEPSIE, NEW YORK 12601 (MAILING ADDRESS)

PHONE (845) 473-0427
FAX (845) 473-0428

THOMAS M. GAMBINO, ESQ.
KIM P. DEMERS, ESQ.

TGAMBINO.GAMBINODEMERS@GMAIL.COM
KDEMERS.GAMBINODEMERS@GMAIL.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/15/2024

*[Handwritten endorsement: 3/15/2024 OK I am sorry for your loss /s/]*

**MEMO ENDORSED**

March 14, 2024

**via ecf**
Hon. Colleen McMahon
United States District Court
Southern District of New York
300 Pearl Street
New York, NY  10007

Re:    Perez and Benavides v. City of New York, et al - Docket #: 23-cv-00447(CM)(RL)

Dear Judge McMahon:

I am writing to request an enlargement of time from March 15, 2024 to March 22, 2024 to determine whether Plaintiffs will file a further Amended Complaint per the Court's February 29, 2024 Decision and Order. I have had a death in the family and have not been able to speak with one of my clients thus far.

I have left a voicemail for defense counsel but have not yet talked with him about this request. Thank you for your courtesies and consideration.

Very truly yours,

/s Thomas M. Gambino

Thomas M. Gambino, Esq.

c:    Eric Daniel Arbizo, Esq. – via ecf

1