**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
OSCAR PEREZ and DANIEL BENA VIDES,

                Plaintiff,

-against-                           23 **CIVIL** 0447 (CM)

                                            **JUDGMENT**

CITY OF NEW YORK, et al.,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision & Order dated February 29, 2024 and Memo Endorsed dated March 21, 2024, Defendant Melendez's motion to join the motion to dismiss is GRANTED without opposition, Defendants' motion to dismiss per Rule 12(b)(6) is GRANTED. Judgment is entered for the defendants and the case is closed.

**Dated:**  New York, New York

      March 22, 2024

                                                              **RUBY J. KRAJICK**

                                                              **Clerk of Court**

                               **BY:**

                                                              **Deputy Clerk**